IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Holman, Freda F

Printed: 01/06/09

Case Number: 08 B 03191
Judge: Wedoff, Eugene R
Filed: 2/12/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 13, 2008
Confirmed: April 10, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,540.00 |  |
| Secured: |  | 390.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,049.91 |
| Trustee Fee: |  | 100.09 |
| Other Funds: |  | 0.00 |
| Totals: | 1,540.00 | 1,540.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 1,049.91 |
| 2. | The Diamond Center | Secured | 512.05 | 45.00 |
| 3. | Santander Consumer USA | Secured | 14,861.61 | 300.00 |
| 4. | Monterey Collection Service | Secured | 1,862.11 | 45.00 |
| 5. | Internal Revenue Service | Priority | 3,662.63 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 51.40 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 140.39 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 9. | Loan Express Company | Unsecured | 12.70 | 0.00 |
| 10. | Santander Consumer USA | Unsecured | 136.14 | 0.00 |
| 11. | Loan Express Company | Unsecured | 45.20 | 0.00 |
| 12. | Merrick Bank | Unsecured | 109.42 | 0.00 |
| 13. | RJM Acquisitions LLC | Unsecured | 9.82 | 0.00 |
| 14. | RJM Acquisitions LLC | Unsecured | 9.53 | 0.00 |
| 15. | Loan Express Company | Unsecured | 45.20 | 0.00 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | 106.05 | 0.00 |
| 17. | Jefferson Capital Systems LLC | Unsecured | 59.68 | 0.00 |
| 18. | Fingerhut | Unsecured | 20.24 | 0.00 |
| 19. | Jefferson Capital Systems LLC | Unsecured | 62.01 | 0.00 |
| 20. | Midland Credit Management | Unsecured | 43.21 | 0.00 |
| 21. | Allied International Credit | Unsecured |  | No Claim Filed |
| 22. | Cbe Group | Unsecured |  | No Claim Filed |
| 23. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 24. | EMCC | Unsecured |  | No Claim Filed |
| 25. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 26. | Medical Collections | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Holman, Freda F

Printed: 01/06/09

Case Number: 08 B 03191
Judge: Wedoff, Eugene R
Filed: 2/12/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 28. | Commonwealth Financial | Unsecured | | No Claim Filed |
| 29. | Seventh Avenue | Unsecured | | No Claim Filed |
| 30. | West Asset Management | Unsecured | | No Claim Filed |
| 31. | Surety Finance | Unsecured | | No Claim Filed |
| | | | $ 25,213.39 | $ 1,439.91 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 100.09 |
| | $ 100.09 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

